United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 31, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————

No. 06-50717
Consolidated with
No. 06-50729
Summary Calendar

————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RONALD LEE QUALLS,

                                        Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Western District of Texas
No. 6:04-CR-34
No. 6:04-CR-90-4
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    Ronald Qualls was convicted of one charge of possession of a material used to manufacture methamphetamine and one charge of conspiracy to manufacture methamphetamine.  Qualls challenges his sentence, arguing that the district court's drug quantity calculations

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

were erroneous and that the court erred by sentencing him based on those calculations.  Qualls has not shown that the factual findings concerning drug quantity are clearly erroneous.  See United States v. Maseratti, 1 F.3d 330, 340 (5th Cir. 1993); see also United States v. Charon, 442 F.3d 881, 887 (5th Cir.), cert. denied, 127 S. Ct. 260 (2006).  The judgment is AFFIRMED.